UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEBASTIAN FERMAN, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED WIFE CAROL FERMAN, AND ANY BENEFICIARIES<br><br>**Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC., and IMERYS TALC AMERICA, INC. f/k/a LUZENAC AMERICA, INC.<br><br>**Defendants.** | CIVIL ACTION NO.: 2:17-cv-00325<br><br>JUDGE: AFRICK<br><br>MAGISTRATE: KNOWLES |

## PLAINTIFF'S RESPONSE TO DEFENDANT, IMERYS TALC AMERICA, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**MAY IT PLEASE THE COURT:**

Complainant, Sebastian Ferman, Individually and on Behalf of his Deceased Wife Carol Ferman, and any Beneficiaries, through undersigned counsel hereby responds to Defendant, Imerys Talc America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiff submits that this case has transferred to Multidistrict Litigation in the United States District Court for the District of New Jersey rendering the instant motion moot.

Respectfully submitted,

**DELISE & HALL**
  **s/Alton J. Hall, Jr.**
**ALTON J. HALL, JR. (#20846)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787
ahall@dahlaw.com

- AND -

- 1 -

**BOBBY J. DELISE (#4847)**
7924 Maple Street
New Orleans, LA 70118
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com


Gregory L. Laker *(pro hac vice to be filed)*
Jeffrey S. Gibson *(pro hac vice to be filed)*
TaKeena M. Thompson *(pro hac vice to be filed)*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
Email: glaker@cohenandmalad.com
jgibson@cohenandmalad.com
tthompson@cohenandmalad.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February  7th  , 2017, a copy of the above and foregoing pleading was served upon all counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure.

               s/Alton J. Hall, Jr.           .
                Alton J. Hall, Jr.